**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **V.** | * | **1:15 CR0004-CG** |
| **YAHYA A. ABDELHADI** | * | |

## MOTION FOR NEW SENTENCE DATE

COMES NOW, the undersigned attorney and moves this Court to reschedule defendant's hearing date for the following reasons:

1. On January 20, 2016, this Court granted the Government's motion to continue defendant's sentence hearing

2. Defendant's case was reset for sentencing on May 24, 2016.

3. Undersigned defense counsel has plans to be out of the country from May 21st until June 3, 2016.

4. Undersigned moves this court to reschedule the defendant's sentence hearing to another date.

5. AUSA Gloria Bedwell has been consulted and does not object to a new date being set.

Wherefore premises considered, defendant prays that this Honorable Court will reschedule the sentence hearing to another date convenient to the court.

Respectfully Submitted,

*/s/ Jeff Deen*_____
T. JEFFERSON DEEN, III (DEE002)
Attorney for Defendant
207 Church Street
Mobile, AL 36602
(251) 433-5860- Office
(251) 433-0703- Facsimile
Tjeffdeen@deenlawpc.com

CERTIFICATE OF SERVICE

This is to certify that on the 26th day of January, 2016, a copy of the foregoing Pleading was served upon all interested parties by Alafile:

*/s/ Jeff Deen*_____
T. JEFFERSON DEEN, III