# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **V.** | * | **1:15 CR0004-CG** |
| **YAHYA A. ABDELHADI** | * | |

## MOTION FOR CONTINUANCE

Defendant, by and trough his undersigned counsel, moves this Court to continue his sentence hearing on the following grounds:

1. The Defendant is presently scheduled to be sentenced on June 7, 2016.

2. Defendant pled guilty and agreed to cooperate with the Government pursuant to a plea agreement.

3. Since entering his plea, defendant has diligently worked with both Federal and State law enforcement agencies. Defendant has been scheduled to testify before a State Grand Jury in a murder case. Due to understaffing in the Mobile County District Attorney's office, the case in which Defendant must testify has not yet been presented to the Grand Jury.

4. On January 20, 2016, this Court granted the Government's motion to continue defendant's sentence hearing.

5. Defendant's case was reset for sentencing on May 24, 2016.

6. It will be in the best interest of all parties involved if the sentencing hearing was continued for three months.

7. AUSA Gloria Bedwll has been consulted and she does not object to a new date being set.

**WHEREFORE,** premises considered, defendant prays that this Honorable Court will reschedule the sentence hearing to another date convenient to the court.

                                              */s/ T. Jefferson Deen, III*_____
                                              T.JEFFERSON DEEN, III (DEE002)
                                              Attorney for Defendant
                                              207 Church Street
                                              Mobile, AL 36602
                                              (251) 433-5860- Office
                                              (251) 433-0703- Facsimile
                                              Tjeffdeen@deenlawpc.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this the 25th day of May, 2016, served a copy of the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to all parties.

                                              */s/ T. Jefferson Deen, III*_____
                                              T. JEFFERSON DEEN, III (DEE002)