IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | 1:15 CR0004-CG |
| YAHYA A. ABDELHADI | * | |

## MOTION FOR CONTINUANCE

Defendant, by and trough his undersigned counsel, moves this Court to continue his sentence hearing on the following grounds:

1. The Defendant is presently scheduled to be sentenced on September 13, 2016.

2. Defendant pled guilty and agreed to cooperate with the Government pursuant to a plea agreement.

3. Since entering his plea, defendant has diligently worked with both Federal and State law enforcement agencies. Defendant has been scheduled to testify before a State Grand Jury in a murder case. Due to understaffing in the Mobile County District Attorney's office, the case in which Defendant must testify has not yet been presented to the Grand Jury.

4. On January 20, 2016, this Court granted the Government's motion to continue defendant's sentence hearing.

5. It will be in the best interest of all parties involved if the sentencing hearing was continued for three months.

**WHEREFORE,** premises considered, defendant prays that this Honorable Court will reschedule the sentence hearing to another date convenient to the court.

/s/ T. Jefferson Deen, III_____
T.JEFFERSON DEEN, III (DEE002)
Attorney for Defendant

207 Church Street  
Mobile, AL 36602  
(251) 433-5860- Office  
(251) 433-0703- Facsimile  
Tjeffdeen@deenlawpc.com  

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this the 29th day of August, 2016, served a copy of the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to all parties.

*/s/ T. Jefferson Deen, III* _____  
T. JEFFERSON DEEN, III (DEE002)